**Order entered December 31, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00473-CR
### No. 05-18-00474-CR

**RICKEY LECARDO MCGEE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-34511-H & F16-34499-H**

## ORDER

Before the Court is appellant's December 27, 2018 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/     LANA MYERS
         JUSTICE